

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

CAREY LOUIS HOOD (#299810)   DOCKET NO. 1:15-CV-1026; SEC. P

VERSUS   JUDGE TRIMBLE

WARDEN   MAGISTRATE JUDGE KIRK

J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Petitioner's second and successive petition for writ of habeas corpus is hereby **TRANSFERRED** to the United States Fifth Circuit Court of Appeals in accordance with 28 U.S.C. §1631 and In re: Epps, 127 F.3d 364, 365 (5th Cir. 1997), for further proceeding as provided by 28 U.S.C. §2244.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, on this 3rd day of August, 2015.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE